UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **CANTON PORT SERVICES, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**M/V INDIGO SPICA**<br>**(IMO No. 9708758),**<br>her engines, boilers, apparel, tackle, boats,<br>appurtenances, etc., *in rem*,<br><br>Defendant. | **IN ADMRALTY**<br><br>Case No.<br><br>**VERIFIED COMPLAINT TO ARREST**<br>**VESSEL TO FORECLOSE A**<br>**MARITIME LIEN** |

Plaintiff, Canton Port Services, LLC ("Canton" or "Plaintiff") by its undersigned attorneys, files this Verified Complaint against the M/V INDIGO SPICA (IMO No. 9708758), her engines, boilers, apparel, tackle, boats, appurtenances, etc., *in rem* (the "Vessel"), pursuant to Fed. R. Civ. P. *Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions* (SAR) Rule C,  seeking to foreclose a maritime lien for necessaries and the issuance of a warrant of arrest for the Vessel, and alleges upon information and belief as follows:

## I.      JURISDICTION AND VENUE

1.      This is a case of admiralty and maritime jurisdiction within the meaning of Fed. R. Civ. P. 9(h) and Title 28 U.S.C. §1333.  Original and exclusive jurisdiction of all such suits is vested in the district courts of the United States.

2.      This Verified Complaint is *in rem* against the Vessel with a prayer for the issuance of a warrant of arrest pursuant to SAR Rule C of the Federal Rules of Civil Procedure.

VERIFIED COMPLAINT TO ARREST VESSEL
TO FORECLOSE A MARITIME LIEN  - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

444444.1709/9569726.1

3.     Venue is proper in this District because the Vessel is an ocean-going vessel that is now or soon to be within this District at the Kalama Export Berth for loading grain, Port of Kalama, 110 W. Marine Drive, Kalama, WA 98625, within the jurisdiction of the Western District of Washington.

## II.     THE PARTIES

4.     Canton is a limited liability company formed under the laws of the state of Maryland with its principal place of business in Baltimore, Maryland.  Canton is in the business of stevedoring and warehousing cargo.

5.     Canton is the lessee and operator of the Pier # 11 Canton Marine Terminal (the "Canton Pier").  The Canton Pier is located in Baltimore, Maryland with a street address of 3800 Newgate Avenue, Baltimore, Maryland 21224.  The Canton Pier is utilized by Canton to offload cargo from vessels.

6.     Upon information and belief, the Vessel was and still is a Panamanian-flagged bulker.

7.     Upon information and belief, at all relevant times hereto, the Vessel was owned by IMS Maritime SA ("IMS"), with a principal place of business located in care of IMECS Co Ltd ("IMECS"), 18th Floor, Itochu Building, 5-1, Kita-Aoyama 2-chome, Minato-ku, Tokyo, 10-0061, Japan, and managed by IMECS, with a principal place of business located at the same address as IMS.  Upon information and belief, IMS and/or IMECS is in the business of owning ships.

8.     Upon information and belief, Hanwin Shipping Limited ("Hanwin") is a company located in China that carries ocean cargo and charters vessels. Upon information and belief, Hanwin's principal place of business is located at Room 802, Magnolia Plaza, No. 777 Hongqiao Road, Shanghai, China Shanghai, and which is incorporated in England and Wales with a registered address located at Dept. 906, 196 High Road, Wood Green, London, United Kingdom N22 8HH.

VERIFIED COMPLAINT TO ARREST VESSEL
TO FORECLOSE A MARITIME LIEN  - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

444444.1709/9569726.1

### III.   STATEMENT OF FACTS

9.      Upon information and belief, at all relevant times hereto, Hanwin chartered the Vessel.  The Vessel was primarily carrying plywood which, upon the Vessel's arrival at the Canton Pier in Baltimore in July 2022, was confirmed to be damaged and distressed.

10.     At the direction and with the approval of the Master of the Vessel, the Vessel arrived at the Canton Pier on or about July 19, 2022, for the unloading of distressed cargo from the Vessel.

11.     Subject to the direction and with the approval of the Master of the Vessel, Canton provided stevedoring services to the Vessel and unloaded the Vessel from July 19, 2022, to July 25, 2022 (the "First Call").

12.     The Master of the Vessel, an authorized agent for the owner of the Vessel, authorized and approved the stevedoring services provided by Canton by, *inter alia*, signing/stamping daily Canton Stevedoring Team Activity Reports, which describe the services provided by Canton to the Vessel each day during the First Call.  *See* **Exhibit 1**, Canton Stevedoring Team Activity Reports for 07/19/2022 – 07/25/2022.

13.     Canton issued two invoices – Invoice Nos. 132468 and 132454 (the "First Call Invoices") – for the services Canton rendered to the Vessel during the First Call.  *See* **Exhibit 2**, Invoice Nos. 132468 and 132454.

14.     Both of the First Call Invoices were paid for in full, and Plaintiff has no maritime lien claim arising out of the First Call Invoices.

15.     Due to the cargo's distressed condition, the offloading of the Vessel could not be completed during the First Call.  Thus, the Vessel had to be brought back to the Canton Pier a few days after completion of the First Call to complete the offloading of the remainder of the cargo.

16.     At the direction and with the approval of the Vessel's Master, the Vessel returned to the Canton Pier on August 6, 2022, for the offloading of the remaining cargo.

VERIFIED COMPLAINT TO ARREST VESSEL
TO FORECLOSE A MARITIME LIEN  - 3

444444.1709/9569726.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

17.     Subject to the direction and with the approval of the Vessel's Master, Canton provided stevedoring services to the Vessel and unloaded the Vessel from August 6, 2022, to August 12, 2022 (the "Second Call").

18.     Once again, the Master of the Vessel, an authorized agent for the owner of the Vessel, authorized and approved the stevedoring services provided by Canton by, *inter alia*, signing/stamping daily Canton Stevedoring Team Activity Reports, which describe the services provided by Canton to the Vessel each day during the Second Call.  *See* **Exhibit 3**, Canton Stevedoring Team Activity Reports 08/06/2022 – 08/12/2022.

19.     On August 16, 2022, Canton issued Invoice No. 132524 (the "Second Call Invoice") in the amount of $233,006.00 for the stevedoring services Canton rendered to the Vessel during  the Second Call.  *See* **Exhibit 4**, Second Call Invoice - Invoice No. 132524.  All charges in the Second Call Invoice are related to the discharging of distressed cargo from the Vessel by Canton.

20.     To date, Canton has not received any payment for the Second Call Invoice. The entire Second Call Invoice in the amount of $233,006.00 remains unpaid.

21.     In accordance with customary maritime practice and the federal general maritime law, Canton provided a necessary – stevedoring of cargo to be offloaded – to the Vessel. The stevedoring services  constitute a maritime lien for necessaries to the Vessel consistent with the *Commercial Instruments and Maritime Liens Act,* 46 U.S.C. § 31342 (CIMLA).

22.     Canton has a maritime lien against the Vessel in the amount of $233,006.00 for the value of the stevedoring services Canton rendered to the Vessel during the Second Call.

23.     Canton is entitled to a judgment against said Vessel, *in rem*, in the amount of $233,006.00 together with interest, fees, costs, including but not limited to expenses *in custodia legis.*

**Count I – Prayer for the Arrest of the Vessel**
**Pursuant to Supplemental Rule C**

24.     Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1-23 above.

VERIFIED COMPLAINT TO ARREST VESSEL
TO FORECLOSE A MARITIME LIEN  - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

444444.1709/9569726.1

25.     Canton provided stevedoring services to the Vessel on the order of the owner of the Vessel and/or a person authorized by the owner of the Vessel.

26.     The Master of the Vessel acknowledged, approved, and signed off on the stevedoring services provided by Canton during the duration of the Second Call.  *See* **Exhibit 3.**

27.     To date, Canton has not been paid for the stevedoring services it provided to the Vessel.

28.     Thus, Canton holds a maritime lien against the Vessel for the stevedoring services it provided to the Vessel in the amount of $233,006.00.

29.     Rule C of the *Federal Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions* (SAR) authorizes Canton to assert  and foreclose its maritime lien against the Vessel *in rem*.

30.     Accordingly, pursuant to SAR Rule C, Canton  is entitled to foreclose its maritime lien for necessaries against the Vessel and requests that this Honorable Court issue an order and warrant for arrest of the Vessel and enter judgment against the Vessel.

WHEREFORE, Plaintiff, Canton Port Services, LLC, prays that:

A.     This Honorable Court issue an Order directing the clerk to issue a warrant for the arrest of the Vessel, *in rem*, pursuant to SAR Rule C;

B.     That any security thereafter fixed by this Honorable Court be conditioned for the maximum amount permitted by  SAR Rule E(5), which permits up to twice the amount of Plaintiff's claim;

C.     The claim of Plaintiff be adjudged to be a maritime lien on the Vessel and that a judgment be entered in favor of Plaintiff against the Vessel in the amount of $233,006.00, plus interest, costs, and attorney's fees, and that the Vessel be condemned and sold to pay the same; and

D.     This Honorable Court grant such other and further relief as it deems just and proper.

VERIFIED COMPLAINT TO ARREST VESSEL
TO FORECLOSE A MARITIME LIEN  - 5

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

444444.1709/9569726.1

1

2

3

4                    DATED: November 15, 2023

5                                                LANE POWELL PC

6
                                         By:    *s/Katie Smith Matison*
7                                               _____
                                                Katie Smith Matison, WSBA No. 20737
8                                                *s/Daniel Miller*
                                                _____
                                                Daniel Miller, WSBA No.   56810
9                                               1420 Fifth Avenue, Suite 4200
                                                P.O. Box 91302
10                                              Seattle, Washington 98111-9402
                                                Telephone:  206.223.7000
11                                              matisonk@lanepowell.com
                                                dmiller@lanepowell.com
12                                              *Attorneys for Canton Port Services, LLC*

13    *Pro Hac Vice Admission to Be Filed*

14    GORMAN & WILLIAMS
      Ashley L. Ensor
15    David McI. Williams
      36 South Charles Street, Suite 900
16    Baltimore, MD 21201
      Tel: 410-528-0600
17    Fax: 410-528-0602
      aensor@gw-law.com
18    dmwilliams@gw-law.com
19

20

21

22

23

24

25

26

27

VERIFIED COMPLAINT TO ARREST VESSEL
TO FORECLOSE A MARITIME LIEN  - 6

444444.1709/9569726.1

1

## **VERIFICATION**

I, Timothy J. Kassel, Executive Vice President of Canton Port Services, LLC, hereby verify under the penalties of perjury of the Laws of the State of Washington and the United States of America that the foregoing Verified Complaint is true and correct based upon my personal knowledge, documents that have become available to me, and upon information and belief, and that I am authorized to verify the Verified Complaint filed herein.

Pursuant to 28 U.S.C. § 1746, I verify under the penalty of perjury that the foregoing is true and correct.

Executed on this **14th** day of November, 2023.

Timothy J. Kassel
Executive Vice President
Canton Port Services, LLC

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

VERIFIED COMPLAINT TO ARREST VESSEL
TO FORECLOSE A MARITIME LIEN  - 7

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

444444.1709/9569726.1

EXHIBIT 1

CANTON STEVEDORING

# Team Activity Report

Phone: 410-833-1601
Fax: 410-833-3475



| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment | Remarks |
|------|-----|--------|-----|-------|-----------|----------|-----------|---------|
| 7/19/2022 | Tuesday | MV Indigo Spica | | | Michalos / Remey<br>Beatley / Rodgers / Gallarago | Canton - Pier 11 | Ships Gear | |
| Team Hours | Hold | Activity & Cargo | | | | | PH XL SB | |
| **GANG 1** | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | |
| 0715-1300 | 2 | Discharging Plywood | | 2 | | | X | Shifted stow, broken bands/straps. |
| 1300-1400 | | Lunch Break | | | | | | |
| 1400-1700 | 2 | Discharging Plywood | | 2 | | | X | Shifted stow, broken bands/straps. |
| | | | | | | | | 1700 - Gang knocked off due to lack of trucks. |
| **GANG 2** | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | |
| 0715-1300 | 5 | Discharging Plywood | | 4 | | | | |
| 1300-1400 | | Lunch Break | | | | | | |
| 1400-1700 | 5 | Discharging Plywood | | 4 | | | | 1700 - Gang knocked off due to lack of trucks. |
| **GANG 3** | | | | | | | | |
| 1700-1900 | | Loading Trucks/Warehouse | | | | | | 1700-1900 Continue loading trucks and transferring plywood to warehouse. |

No Stevedore Damage to Vessel

Daily Total: 1002 x total plywood bundles discharged
* 128 x plywood bundles transferred to warehouse
* 16 x bundles will require recouping

Stevedore Superintendant:

Captain/ChiefMate:

SuperCargo/Port Captain:

# CANTON STEVEDORING

Phone: 410-633-1601
Fax: 410-633-3475

## Team Activity Report

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | PH | XL | SB | Equipment / Ships Gear Remarks |
|------|-----|--------|-----|-------|-----------|----------|----|----|----|----|
| 7/20/2022 | Wednesday | Indigo Spica | | | Michalos/ Remer Rodgers/ Gallaraga | | | | | |

**Team Hours** | **Hold** | **Activity & Cargo**

### Gang 1

| Team Hours | Activity & Cargo | Crane | Location | PH | XL | SB | Remarks |
|------------|------------------|-------|----------|----|----|----|---------|
| 0700-0715 | Safety Meeting | | | | | | |
| 0715-1300 / 2 | Discharging Plywood | 2 | | | X | | Shifted stow, broken bands/straps |
| 1300-1400 | Lunch | | | | | | |
| 1400-1900 / 2 | Discharging Plywood | 2 | | | X | | Shifted stow, broken bands/straps |

### Gang 2

| Team Hours | Activity & Cargo | Crane | Location | PH | XL | SB | Remarks |
|------------|------------------|-------|----------|----|----|----|---------|
| 0700-0715 | Safety Meeting | | | | | | |
| 0715-1300 / 5 | Discharging Plywood | 4 | | | X | | Brick Stowage |
| 1300-1400 | Lunch | | | | | | |
| 1400-1900 / 5 | Discharging Plywood | 4 | | | X | | Brick Stowage |

Daily Total: 463 plywood crates
2x dumpsters used

At 1520 Ships crew was testing fire equipment
and several crates got wet

No Stevedore Damage to Vessel

Stevedore Superintendant:

Captain/Chief Mate:

SuperCargo/Port Captain:





# CANTON STEVEDORING

## Team Activity Report

Phone: 410-633-1601
Fax: 410-633-3475

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | | | | Equipment |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/21/2022 | Thursday | MV Indigo Spica | | | Michalos / Remey | Canton - Pier 11 | | | | Ship's Gear |
| Team Hours | Hold | Activity & Cargo | | | Beattey / Rodgers / Gallarago | PH | XL | SB | | Remarks |
| **GANG 1** | | | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | | | |
| 0715-1300 | 2 | Discharging Plywood | | 2 | | | X | | | Shifted stow, broken bands/straps. |
| 1300-1400 | | Lunch Break | | | | | | | | |
| 1400-1900 | 2 | Discharging Plywood | | 2 | | | X | | | Shifted stow, broken bands/straps. |
| **GANG 2** | | | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | | | |
| 0715-1200 | 5 | Discharging Plywood | | 4 | | | | | | |
| 1200-1300 | 5 | Discharging Plywood | | 4 | | | X | | | Brick stow under combing. |
| 1300-1400 | | Lunch Break | | | | | | | | |
| 1400-1900 | 5 | Discharging Plywood | | 4 | | | | | | |

No Stevedore Damage to Vessel

Daily Total: 624 x total plywood bundles discharged



# CANTON STEVEDORING

**Team Activity Report**

Phone: 410-633-1601
Fax: 410-633-3475

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment | PH | XL | SB | Remarks |
|------|-----|--------|-----|-------|------------|----------|-----------|----|----|----|---------|
| 7/22/2022 | Friday | MV Indigo Spica | | | Michalos / Remey | Canton - Pier 11 | Ships Gear | | | | |
| Team Hours | Hold | Activity & Cargo | | | Beatley / Rodgers / Gallarago | | | | | | |
| **GANG 1** | | | | | | | | | | | |
| 0700-0715 | 0700-0715 | Safety Meeting | | | | | | | | | |
| 0715-1300 | 0715-1230 | Discharging Plywood | | 2 | | | | | | | |
| 1230-1300 | 1230-1300 | Safety Meeting | | | | | | x | | | Shifted stow, broken bands/straps. |
| 1300-1400 | 1300-1400 | Lunch Break | | | | | | | | | All Stop |
| 1400-1900 | 1400-1900 | Discharging Plywood | | 2 | | | | x | | | Shifted stow, broken bands/straps. |
| **GANG 2** | | | | | | | | | | | |
| 0700-0715 | 0700-0715 | Safety Meeting | | | | | | | | | |
| 0715-1230 | 0715-1230 | Discharging Plywood | | 4 | | | | x | | | Brick stow under combing. |
| 1230-1300 | 1230-1300 | Safety Meeting | | | | | | x | | | All Stop |
| 1300-1400 | 1300-1400 | Lunch Break | | | | | | | | | |
| 1400-1900 | 1400-1900 | Discharging Plywood | | 4 | | | | x | | | Brick stow under combing. |
| | | | | | | | | | | | Daily total:515 plywood crates |
| | | | | | | | | | | | 15x bundles required recouping |
| | | | | | | | | | | | 2x dumpsters used |

No Stevedore Damage to Vessel

Stevedore Superintendant: _____

Captain/ChiefMate: _____

SuperCargo/Port Captain: _____



# ANTON STEVEDORING

**Team Activity Report**

Phone: 410-633-1601
Fax: 410-633-3475

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment |
|---|---|---|---|---|---|---|---|
| 7/23/2022 | Saturday | M/V Indigo Spica | | | Michalcio/Beatley | Canton - Pier 11 | Ships Gear |
| **Team Hours** | **Hold** | **Activity & Cargo** | | | | | **PHI XL SB Remarks** |
| **GANG 1** | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | |
| 0715-1300 | 2 | Discharging Plywood | | 2 | | | X  Shifted stow, broken bands/straps. |
| 1300-1400 | | Lunch Break | | | | | |
| 1400-1900 | 2 | Discharging Plywood | | 2 | | | X  Shifted stow, broken bands/straps. |
| **GANG 2** | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | |
| 0715-0845 | 5 | Discharging Plywood | | 4 | | | |
| 0845-1300 | 5 | Discharging Plywood | | 4 | | | X  Brick stow under combing. |
| 1300-1400 | | Lunch Break | | | | | |
| 1400-1900 | 5 | Discharging Plywood | | 4 | | | X  Brick stow under combing. |
| | | | | | | | Daily Total: 398 x plywood bundles |
| | | | | | | | * 73 x bundles transferred to warehouse. |
| | | | | | | | 4 x Dumpsters Used. |
| | | | | | | | 1700-1900 Trucks stopped running, continue disch. of vessel and transfer of bundles to warehouse. |
| No Stevedore Damage to Vessel | | | | | | | |

Stevedore Superintendant: _____

Captain/Chief Mate: _____

SuperCargo/Port Captain: _____



# CANTON STEVEDORING

## Team Activity Report

Phone: 410-633-1601
Fax: 410-633-3475

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment | | | Remarks |
|------|-----|--------|-----|-------|------------|----------|-----------|---|---|---------|
| 7/24/2022 | Sunday | MV Indigo Spica | | | Michalos/Beatey | Canton - Pier 11 | PH | XL | SB | |
| Team Hours | Hold | Activity & Cargo | | | | | Ships Gear | | | |
| **GANG 1** | | | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | | | |
| 0715-1300 | 2 | Discharging Plywood | | 2 | | | X | | | Shifted stow, broken bands/straps. |
| 1300-1400 | | Lunch Break | | | | | | | | |
| 1400-1900 | 2 | Discharging Plywood | | 2 | | | X | | | Shifted stow, broken bands/straps. |
| **GANG 2** | | | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | | | |
| 0715-1015 | 5 | Discharging Plywood | | 4 | | | X | | | Brick stow under combing. |
| 1015-1300 | 5 | Discharging Plywood | | 4 | | | | | | |
| 1300-1400 | | Lunch Break | | | | | | | | |
| 1400-1530 | 5 | Discharging Plywood | | 4 | | | | | | |
| 1530-1900 | 5 | Discharging Plywood | | 4 | | | X | | | Brick stow under combing. |

Daily Total: 587 x plywood bundles
* 109 x bundles transferred to warehouse.

2 x Dumpsters used

1700-1900 Trucks stopped running, continue disch. of vessel and transfer of bundles to warehouse.

No Stevedore Damage to Vessel

Stevedore Superintendant:

Captain/Chief Mate:

SuperCargo/Port Captain:

# CANTON STEVEDORING

Phone: 410-633-1601
Fax: 410-633-3475

## Team Activity Report



| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment |
|------|-----|--------|-----|-------|------------|----------|-----------|
| 7/25/2022 | Monday | MV Indigo Spica | | | Michalos/Beatley Galarraga | Canton - Pier 11 | Ships Gear |

| Team Hours | Hold | Activity & Cargo | | | | | PH | XL | SB | Remarks |
|------------|------|------------------|--|--|--|--|----|----|----|---------|
| **GANG 1** | | | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | | | |
| 0715-1300 | 2 | Discharging Plywood | | 2 | | | X | | | Brick stow under combing. |
| 1300 | | ALL GANGS KNOCKED OFF | | | | | | | | |
| **GANG 2** | | | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | | | |
| 0715-1300 | 5 | Discharging Plywood | | 4 | | | X | | | Brick stow under combing. |
| 1300 | | ALL GANGS KNOCKED OFF | | | | | | | | |
| 1600 | | ILA Garuntee Time 1600 | | | | | | | | Daily Total: 269 x plywood bundles discharged * 6 bundles transferred to warehouse |

No Stevedore Damage to Vessel

Stevedore Superintendant: _____

Captain/ChiefMate: _____

SuperCargo/Port Captain: _____

EXHIBIT 2

Canton Port Services LLC

3800 Newgate Avenue, Ste 2

Baltimore, MD 21224

TEL: 410-633-1601

Fax: 410-633-3475

| Date | Invoice # |
|------|-----------|
| 7/12/2022 | 132468 |

**Bill To**

| Vessel / Voyage | MV Indigo Spica |
|-----------------|-----------------|
| Date of Arrival | 7/12/2022 |

Hanwin Shipping Limited

| Attention: | Justin Cao |
|------------|------------|

| Quantity | Rate | Description | Amount |
|----------|------|-------------|--------|
| 11,550.83 | 14.00 | Stow to Hook<br>USD 14.00 per MT<br>Weight: 11,550.83 | 161,711.62 |

REMIT TO Canton Port Services LLC
C/O Chase
JP Morgan Chase, N.A.
Fed. Routing No. 021000021
Account No. 766833995
Swift Code: CHASUS33

Terms

| **Total** | $161,711.62 |
|-----------|-------------|

**Balance Due**    $161,711.62

Canton Port Services LLC

3800 Newgate Avenue, Ste 2

Baltimore, MD 21224

TEL: 410-633-1601

Fax: 410-633-3475

| Date | Invoice # |
|------|-----------|
| 7/28/2022 | 132454 |

**Bill To**

| Vessel / Voyage | MV Indigo Spica | Hanwin Shipping Limited |
|-----------------|-----------------|-------------------------|
| Date of Arrival | 7/19/2022 | |

| Attention: | Justin Cao |
|------------|------------|

| Quantity | Rate | Description | Amount |
|----------|------|-------------|--------|
| 116.75 | 3,200.00 | Extra Labor / Distressed Cargo Charges<br>USD 3200.00 per hour<br>7/19/22 - 10 hrs<br>7/20/22 - 22 hrs<br>7/21/22 - 16 hrs<br>7/22822 - 20.25 hrs<br>7/23/22 - 17.5 hrs<br>7/24/22 - 10 hrs | 373,600.00 |
| 65 | 450.00 | Overtime Charges<br>USD 450.00 per hour<br>7/19/22 - 4 hrs<br>7/20/22 - 6 hrs<br>7/21/22 - 6 hrs<br>7/22/22 - 5 hrs<br>7/23/22 - 22 hrs<br>7/23/22- 22 hrs | 29,250.00 |
| 10 | 650.00 | Dumpster charges<br>USD 650.00 per can<br>7/20/22 - 2 dumpsters<br>7/21/22 - 1 dumpster<br>7/22/22 - 1 dumpster<br>7/23/22 - 2 dumpsters<br>7/24/22 - 2 dumpsters<br>7/25/22 - 2 dumpsters | 6,500.00 |
| 4,225 | -14.00 | Credit for Stow to Hook | -59,150.00 |

REMIT TO Canton Port Services LLC
C/O Chase
JP Morgan Chase, N.A.
Fed. Routing No. 021000021
Account No. 766833995
Swift Code: CHASUS33

| Terms | | **Total** | $350,200.00 |
|-------|--|-----------|-------------|

| **Balance Due** | $350,200.00 |
|-----------------|-------------|

EXHIBIT 3



# CANTON STEVEDORING

## Team Activity Report

Phone: 410-633-1601
Fax: 410-633-3475

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment | Ship's Gear |
|---|---|---|---|---|---|---|---|---|
| 8/6/2022 | Saturday | M/V Indigo Spica | | | Michalos/Bealey | Pier 11 | | PHI XL SB |

| Team Hours | Hatch | Activity & Cargo | Voy | Crane | | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **GANG 1** | | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | | |
| 0715-1300 | 2 | Discharging Plywood | | 2 | | | | | |
| 1300-1400 | | Lunch Break | | | | | | | |
| 1400-1715 | 2 | Discharging Plywood | | 2 | | | | X | Brick stow under combing.  Lull machine/Digging Gear. |
| 1715-1800 | | ILA Garuntee Time | | | | | | | |
| **GANG 2** | | | | | | | | | |
| 0700-0715 | 5 | Safety Meeting | | | | | | | |
| 0715-1300 | 5 | Discharging Plywood | | 4 | | | | | Brick stow under combing.  Lull machine/Digging Gear. |
| 1300-1400 | | Lunch Break | | | | | | | |
| 1400-1715 | 5 | Discharging Plywood | | 4 | | | | | 1715 - Stop discharging vessel due to lack of available trucks. |
| 1715-1800 | 5 | ILA Garuntee Time | | | | | | | 1545-1645 Plating lower tier in hold 2 and shifting equipment. |
| **Gang 3** | | | | | | | | | 1715 - Stop discharging vessel due to lack of available trucks. |
| 1715-1900 | | Transferring Plywood | | | | | | | 1715-1900 Start transferring plywood bundles to warehouse and continue loading available trucks. |
| | | | | | | | | | Daily Total: 699 x plywood bundles discharged from vessel. |
| | | | | | | | | | * 163 x plywood bundles transferred to warehouse. |
| No Stevedore Damage to Vessel | | | | | | | | | 1 x dumpster filled with dunnage/straps/debris. |

Stevedore Superintendant:

Captain/Chief Mate:

SuperCargo/Port Captain:

# CANTON STEVEDORING

## Team Activity Report

Phone: 410-633-1601
Fax: 410-633-3475

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment | Remarks |
|---|---|---|---|---|---|---|---|---|
| 8/7/2022 | Sunday | MV Indigo Spica | | | Michalos/Bealey | Pier 11 | Ships Gear | |
| **Team Hours** | **Hatch** | **Activity & Cargo** | | | | | PH XL SB | **Remarks** |
| **GANG 1** | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | |
| 0715-0945 | 2 | Discharging Plywood | | | | | | |
| 0945-1300 | 2 | Discharging Plywood | | 2 | | | X | Brick stow under combing. Lull machine/Digging Gear. |
| 1300-1400 | | Lunch Break | | | | | | |
| 1400-1900 | 2 | Discharging Plywood | | 2 | | | X | Brick stow under combing. Lull machine/Digging Gear. |
| **GANG 2** | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | |
| 0715-1115 | 5 | Discharging Plywood | | 4 | | | | 1115 - Hold 5 complete, all plywood bundles discharged. |
| 1115-1600 | | ILA Guaruntee Time | | | | | | |
| | | | | | | | | Daily Total: 543 x plywood bundles discharged |
| | | | | | | | | * 62 x plywood bundles transferred to warehouse |
| | | | | | | | | 3 x dumpster filled with dunnage/straps/debris. |

No Stevedore Damage to Vessel

Stevedore Superintendant:

Captain/Chief Mate:

SuperCargo/Port Captain:



# CANTON STEVEDORING

Team Activity Report

Phone: 410-633-1601
Fax: 410-633-3475

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment | |
|------|-----|--------|-----|-------|-----------|----------|-----------|--|
| 8/8/2022 | Monday | MV Indigo Spica | | | Michalos/Remery | Pier 11 | Ships Gear | |
| Team Hours | Hatch | **Activity & Cargo** | | | Galarraga | **PH XL SB** | Remarks | |
| GANG 1 | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | |
| 0745-1230 | 2 | Discharging Plywood | | 2 | | | x | Brick stow under combing. Lull machine/Digging Gear. |
| 1230-1330 | | Lunch Break | | | | | x | Brick stow under combing. Lull machine/Digging Gear. |
| 1330-1900 | 2 | Discharging Plywood | | 2 | | | x | Brick stow under combing. Lull machine/Digging Gear. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | Daily Total:360 Plywood Bundles |
| | | | | | | | | 1 x Dumpster filled with dunnage |
| No Stevedore Damage to Vessel | | | | | | | | |

Stevedore Superintendent:

Captain/ChiefMate:

SuperCargo/Port Captain:

# CANTON STEVEDORING

**Team Activity Report**

Phone: 410-633-1601
Fax: 410-633-3475

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment |
|---|---|---|---|---|---|---|---|
| 8/9/2022 | Tuesday | MV Indigo Spica | | | Michalos/Beatey | Pier 11 | Ships Gear |
| **Team Hours** | **Hatch** | **Activity & Cargo** | | | | **PH XL SB** | **Remarks** |
| **GANG 1** | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | |
| 0745-1300 | 2 | Discharging Plywood | | | | | |
| 1300-1400 | | Lunch Break | | 2 | | X | Brick stow under combing.  Lull machine/Digging Gear. |
| 1400-1730 | 2 | Discharging Plywood | | 2 | | | 1215-1300 Removing plate and Lull machine from Hold 2. |
| | | | | | | | 1730 - Stop discharging vessel due to lack of available trucks. |
| **GANG 2** | | | | | | | |
| 1730-1900 | | Transferring Plywood | | | | | 1730-1900 Start transferring plywood bundles to warehouse and continue loading available trucks. |
| | | | | | | | Daily Total: 490 x plywood bundles discharged. 140 x plywood bundles transferred to warehouse. |
| | | | | | | | 1 x Dumpster filled with dumnage |

No Stevedore Damage to Vessel

Stevedore Superintendant: _____

Captain/ChiefMate: _____

SuperCargo/Port Captain: _____

# CANTON STEVEDORING

**Team Activity Report**

Phone: 410-633-1601
Fax: 410-633-3475

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment | |
|------|-----|--------|-----|-------|-----------|----------|-----------|--|
| 8/10/2022 | Wednesday | MV Indigo Spica | | | Michalos/Beatley | Pier 11 | Ships Gear | |
| Team Hours | Hatch | **Activity & Cargo** | | Crane | Remery | PH | XL | SB | Remarks |

**GANG 1**

| Team Hours | Hatch | Activity & Cargo | Crane | PH/XL/SB | Remarks |
|------------|-------|------------------|-------|----------|---------|
| 0700-0715 | | Safety Meeting | | | |
| 0715-1030 | 2 | Discharging Plywood | 2 | | |
| 1030-1300 | 2 | Discharging Plywood | 2 | | |
| 1300-1400 | 2 | Lunch Break | | X | Brick stow under combing. Digging Gear. |
| 1400-1615 | 2 | Discharging Plywood | 2 | X | Brick stow under combing. Digging Gear. |
| 1615-1700 | 2 | Standby | 2 | | Inclement Weather |
| 1700 | | All Stop | | | Inclement Weather |
| | | | | | Daily Total: 334 x plywood bundles discharged. |
| | | | | | 37 x Bundles were transferred to warehouse. |
| No Stevedore Damage to Vessel | | | | | 1 x Dumpster filled with dunnage |

Stevedore Superintendant:

Captain/Chief Mate:

SuperCargo/Port Captain:

# CANTON STEVEDORING

## Team Activity Report

Phone: 410-633-1601
Fax: 410-633-3475

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment |
|------|-----|--------|-----|-------|------------|----------|-----------|
| 8/11/2022 | Thursday | MV Indigo Spica | | | Michalos/Beatley, Remery | Pier 11 | Ships Gear |

### GANG 1

| Team Hours | Hatch | Activity & Cargo | Voy | Crane | Supervisor | Location | Equipment | PH | XL | SB | Remarks |
|------------|-------|------------------|-----|-------|------------|----------|-----------|----|----|----|---------|
| 0700-0715 | | Safety Meeting | | | | | | | | | |
| 0715-0945 | | Standby | | | | | | | | | |
| 0945-1300 | 2 | Discharging Plywood | | 2 | | | | | | X | Inclement Weather |
| 1300-1400 | | Lunch Break | | | | | | | | | |
| 1400-1500 | 2 | Discharging Plywood | | 2 | | | | | | X | Brick stow under combing, Digging Gear. |
| 1500-1715 | 2 | Discharging Plywood | | 2 | | | | | | X | Brick stow under combing, Digging Gear. |
| 1715-1900 | 2 | Discharging Plywood | | 2 | | | | | | X | Brick stow under combing, Digging Gear. |

Daily Total: 343 x plywood bundles discharged
* 66 x plywood bundles transferred to warehouse
1 x Dumpster filled with dunnage

No Stevedore Damage to Vessel

Stevedore Superintendant:

Captain/ChiefMate:

SuperCargo/Port Captain:



Stevedore Superintendant:

Captain/Chief Mate:

SuperCargo/Port Captain:

# ANTON STEVEDORING

## Team Activity Report

Phone: 410-633-1601
Fax: 410-633-3475

| Date | Day | Vessel | Voy | Crane | Supervisor | Location | Equipment |
|------|-----|--------|-----|-------|-----------|----------|-----------|
| 8/12/2022 | Friday | MV Indigo Splice | | | Michalos/Beatley | Pier 11 | Ships Gear |

| Team Hours | Hatch | Activity & Cargo | | | | PH | XL | SB | Remarks |
|------------|-------|-----------------|--|--|--|----|----|----|---------|
| **GANG 1** | | | | | | | | | |
| 0700-0715 | | Safety Meeting | | | | | | | |
| 0715-1300 | 2 | Discharging Plywood | | 2 | | | | | Brick stow under combing. |
| 1300-1600 | | ILA Garuntee Time | | | | X | | | 1300 - All cargo discharged, vessel complete. |
| **GANG 2** | | | | | | | | | |
| 1100-1300 | 2 | Hold Cleaning | | | | X | | | 1100-1300 Extra Labor utilized to cleanup excess dunnage/straps/debris within Hold 2. |
| 1300- | | Loading Trucks | | | | | | | 1300-   Continue loading plywood bundles to trucks. All plywood bundles loaded out. |
| | | | | | | | | | 3 x Dumpster filled with dunnage |

No Stevedore Damage to Vessel

EXHIBIT 4

## Canton Port Services LLC

3800 Newgate Avenue, Ste 2

Baltimore, MD 21224

TEL: 410-633-1601

Fax: 410-633-3475

| Date | Invoice # |
|------|-----------|
| 8/15/2022 | 132524 |

**Bill To**

| Vessel / Voyage | MV Indigo Spica |
|-----------------|-----------------|
| Date of Arrival | 8/6/2022 |

Hanwin Shipping Limited

| Attention: | Justin Cao |
|------------|------------|

| Quantity | Rate | Description | Amount |
|----------|------|-------------|--------|
| 74.75 | 3,200.00 | Extra Labor Charges<br>USD 3200.00/ gang hour<br>74.75 gang hours<br>8/6/22 - 8/12/22 | 239,200.00 |
| 53 | 450.00 | Overtime Charges<br>USD 450.00/ gang hour<br>53 gang hours<br>8/6/22 - 8/12/22 | 23,850.00 |
| 14 | 650.00 | Dumpster charges<br>USD 650.00 per dumpster<br>14 dumpsters<br>8/6/22 - 8/12/22 | 9,100.00 |
| 2,796 | -14.00 | Credit for Stow to End of Hook Charges<br>8/6/22 - 8/12/22 | -39,144.00 |

REMIT TO Canton Port Services LLC
C/O Chase
JP Morgan Chase, N.A.
Fed. Routing No. 021000021
Account No. 766833995
Swift Code: CHASUS33

Terms

| **Total** | $233,006.00 |
|-----------|-------------|

| **Balance Due** | $233,006.00 |
|-----------------|-------------|