THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **CANTON PORT SERVICES, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**M/V INDIGO SPICA<br>(IMO No. 9708758),**<br>her engines, boilers, apparel, tackle, boats, appurtenances, etc., *in rem*,<br><br>Defendant. | **IN ADMRALTY**<br><br>Case No. 3:23-cv-06048-TMC<br><br>**ORDER AUTHORIZING ARREST OF VESSEL M/V INDIGO SPICA, IMO NO. 9708758** |

ON THIS DAY, THIS CAUSE CAME ON TO BE HEARD upon Plaintiff Canton Port Services, LLC's (Plaintiff Canton) Verified Motion For Order Authorizing the Arrest of the Vessel M/V INDIGO SPICA, IMO No. 9708758 ("INDIGO SPICA"), her engines, machinery, boats, tackle, apparel, furniture, propellers, bow sprits, masts, ramps, rigging, anchors, cables, chains, capstans, outfit, tackle, tools, pumps and pumping equipment, apparel, furniture, fittings and equipment, spares, spare parts and all other appurtenances to the pursuant to Rule C and Rule E of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions (SARs) to the Federal Rules of Civil Procedure and Local Admiralty Rule (LAR) 116, and this Court, upon consideration thereof, FINDS:

THAT the conditions for an *in rem* action against the vessel INDIGO SPICA appear to exist pursuant to SAR Rule C(3)(a)(i).

PROPOSED ORDER AUTHORIZING ARREST OF
VESSEL M/V INDIGO SPICA, IMO NO. 9708758 - 1
CAUSE NO.  3:23-cv-06048-TMC

135622.0001/9570140.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1   THAT the INDIGO SPICA is or will soon be at the Kalama Export Berth for loading grain, Port of Kalama, 110 W. Marine Drive, Kalama, WA 98624, and accordingly is within the Western District of Washington and jurisdiction of this Court.

THAT Plaintiff Canton is entitled to seek foreclosure of its 46 U.S.C. §31342 maritime lien for necessaries against the INDIGO SPICA pursuant to SAR Rule C, SAR Rule E, and LAR 116.

THAT Plaintiff Canton shall pay the U.S. Marshal fee in the amount of $3,500 and all other U.S. Marshal fees as they accrue.

THAT Plaintiff Canton will pay the U.S. Marshal the fee for Port Insurance on the INDIGO SPICA to protect the *res,* and that the expenses of the U.S. Marshal and the Port Insurance are deemed *expenses in custodia legis.*

IT IS THEREFORE ORDERED AND ADJUDGED that the arrest of the vessel INDIGO SPICA is hereby authorized and that the United States District Court Clerk shall issue a Warrant which shall be delivered to the United States Marshal for service and execution.

IT IS FURTHER ORDERED AND ADJUDGED that the insurance premiums and U.S. Marshal's fees as they accrue to protect the INDIGO SPICA are deemed *expenses in custodia legis.*

PROPOSED ORDER AUTHORIZING ARREST OF VESSEL M/V INDIGO SPICA, IMO NO. 9708758 - 2
CAUSE NO. 3:23-cv-06048-TMC

135622.0001/9570140.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1  SO ORDERED AND ADJUDGED on this 15th day of November, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

Presented by:

LANE POWELL PC
Katie Smith Matison, WSBA No. 20737
Daniel Miller, WSBA No.   56810
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
matisonk@lanepowell.com
dmiller@lanepowell.com

Attorneys for Canton Port Services, LLC

*Pro Hac Vice Admission to Be Filed*

GORMAN & WILLIAMS
Ashley L. Ensor
David McI. Williams
36 South Charles Street, Suite 900
Baltimore, MD 21201
Tel: 410-528-0600
Fax: 410-528-0602
aensor@gw-law.com
dmwilliams@gw-law.com

PROPOSED ORDER AUTHORIZING ARREST OF VESSEL M/V INDIGO SPICA, IMO NO. 9708758 - 3
CAUSE NO.  3:23-cv-06048-TMC

135622.0001/9570140.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107