THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **CANTON PORT SERVICES, LLC**<br><br>                              Plaintiff,<br><br>v.<br><br>**M/V INDIGO SPICA**<br>**(IMO No. 9708758),**<br>her engines, boilers, apparel, tackle, boats, appurtenances, etc., *in rem*,<br><br>                              Defendant. | **IN ADMRALTY**<br><br>Case No. 3:23-cv-06048-TMC<br><br>**STIPULATED MOTION TO ACCEPT LETTER OF UNDERTAKING IN LIEU OF ARREST OF VESSEL**<br><br>**Noted on Motion Calendar:**<br>**November 20, 2023** |

COME NOW, Plaintiff, Canton Port Services, LLC, by and through its counsel of record Katie Matison and Daniel Miller at Lane Powell PC and I.M.S. Maritime S.A., specially-appearing Claimant to the *in rem* Defendant M/V INDIGO SPICA (IMO No. 9708758) ("M/V INDIGO SPICA"), by and through its counsel of record Philip Lempriere and Molly Henry at Schwabe, Williamson & Wyatt, P.C., and do AGREE AND STIPULATE to this MOTION TO ACCEPT LETTER OF UNDERTAKING IN LIEU OF ARREST OF VESSEL as follows:

THAT Plaintiff Canton Port Services, LLC filed a complaint seeking the Vessel arrest of the M/V INDIGO SPICA pursuant to Rules C and E of the *Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions* to the Federal Rules of Civil Procedure (SAR) to foreclose an alleged maritime lien for necessaries for stevedoring services in Baltimore, Maryland.

STIPULATED MOTION ACCEPTING BOND IN
LIEU OF ARREST OF VESSEL - 1
CAUSE NO.  3:23-cv-06048-TMC

135622.0001/9575428.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

THAT the M/V INDIGO SPICA, is a bulk carrier that is now, or will be present in the navigable waters within this Judicial District and subject to this Court's *In Rem* Warrant to Arrest dated November 15, 2023 [Dkt. 6];

THAT consistent with SAR E(5)(a) Plaintiff Canton Port Services, LLC has agreed to accept the Letter of Undertaking provided on behalf of *in rem* Defendant M/V INDIGO SPICA, subject to approval by the Court, as substitute security in lieu of the arrest of the M/V INDIGO SPICA;

THAT a true and correct copy of the Letter of Undertaking is attached to this Stipulation as Exhibit A;

THAT Canton Port Services, LLC and specially-appearing Claimant I.M.S. Maritime S.A. jointly file this Motion To Accept Letter of Undertaking in Lieu of Arrest of Vessel by this Court filed herein consistent with SAR E(5)(a) to accept the Letter of Undertaking in lieu of the arrest of the M/V INDIGO SPICA;

THAT the Letter of Undertaking shall stand as the Security consistent with SAR E(5)(a);

THAT this Stipulated Motion constitutes a restricted appearance by the Claimant to the *in rem* Defendant M/V INDIGO SPICA in this case, who shall now be subject to the jurisdiction of this Court to answer, plead or defend this matter in accordance with SAR E(8).
 and

THAT A PROPOSED ORDER is attached for this Court's consideration.

/ / /
/ / /
/ / /
/ / /

STIPULATED MOTION ACCEPTING BOND IN LIEU OF ARREST OF VESSEL - 2
CAUSE NO. 3:23-cv-06048-TMC

135622.0001/9575428.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

SO AGREED AND STIPULATED on this the 20th Day of November , 2023.

LANE POWELL PC

By:   s/ *Katie Smith Matison*
      Katie Smith Matison, WSBA No. 20737
      Daniel Miller, WSBA No. 56810
      1420 Fifth Avenue, Suite 4200
      P. O. Box 91302
      Seattle, WA  98111-9402
      matisonk@lanepowell.com
      millerd@lanepowell.com
      Tel:  206-223-7000
      Fax:  206-223-7107

Attorneys for Plaintiff, Canton Port Services, LLC

*Pro Hac Vice Admission to Be Filed*

GORMAN & WILLIAMS
Ashley L. Ensor
David McI. Williams
36 South Charles Street, Suite 900
Baltimore, MD 21201
Tel: 410-528-0600
Fax: 410-528-0602
aensor@gw-law.com
dmwilliams@gw-law.com

SCHWABE, WILLIAMSON & WYATT, P.C.

By:  s/ *Philip Lempriere*
Philip Lempriere, WSBA No. 20304
Molly J. Henry, WSBA No. 40818
1420 Fifth Avenue, Suite 3400
Seattle, WA  98101
plempriere@schwabe.com
mhenry@schwabe.com
Tel:  206-223-1711
Fax:  206-292-0460

Attorneys for I.M.S. Maritime S.A.
SAR E(8) Claimant re M/V INDIGO SPICA, *in rem*

STIPULATED MOTION ACCEPTING BOND IN
LIEU OF ARREST OF VESSEL - 3
CAUSE NO.  3:23-cv-06048-TMC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

135622.0001/9575428.1

# EXHIBIT A



PHILADELPHIA | NEW JERSEY | NEW YORK | DELAWARE | MARYLAND

Kevin G. O'Donovan
PARTNER
odonovan@pbh.com
DIRECT DIAL: 215.625.7810

November 18, 2023

## LETTER OF UNDERTAKING

Canton Port Services LLC
c/o GORMAN & WILLIAMS
36 South Charles Street, Suite 900
Baltimore, MD 21201

      Re:    M/V INDIGO SPICA
                Stevedoring Charges
                Baltimore, Maryland
                August 5, 2022
                Our File No. 6120-451

Dear Sirs:

      We understand that you are asserting a claim for an alleged unpaid stevedoring invoice in the amount of Two Hundred Thirty Three Thousand and Six Dollars ($233,006.00) for stevedoring services, including longshore labor and dumpsters, provided to the M/V INDIGO SPICA (the "Vessel") in Baltimore, Maryland, in August 2022 (hereafter the "Incident"). We further understand that you allege that you are the party entitled to assert claims against the Vessel and recover damages in connection therewith.

      We also understand that in connection with the Incident you have asserted a maritime lien against the M/V INDIGO SPICA, *in rem*, and have applied *ex parte* and obtained a Writ of Arrest from the Court in a lawsuit which you have commenced in the United States District Court for the Western District of Washington, styled as Canton Port Services, LLC v. M/V INDIGO SPICA, C.A. No. 3:23-cv-06048-TMC (the "Lawsuit").

      In consideration of your refraining from arresting, attaching, withholding clearance, or otherwise detaining the M/V INDIGO SPICA, or any other vessels or property of her owners, charterers, operators or managers in any jurisdiction in connection with the *in rem* claim asserted against the M/V INDIGO SPICA in the Lawsuit, the undersigned Association hereby agrees:

Error! Unknown document property name.

Palmer Biezup & Henderson LLP
190 N. Independence Mall West | Suite 401 | Philadelphia, PA 19106
P 215.625.9900 | F 215.625.0185

M/V INDIGO SPICA
November 18, 2023
Page 2

1.      To file or cause to be filed, upon demand, a Statement of Right or Interest on behalf of the M/V INDIGO SPICA, *in rem,* and an Answer in the Lawsuit, the Vessel lost or not lost, whether present in the jurisdiction or not. Said Statement of Right or Interest and Answer shall be consistent with and without prejudice to any and all rights, claims and defenses available to the Vessel *in rem* and shall not constitute a waiver of any such defenses.

2.      In the event that a final judgment, after all appeals, if any, be entered in your favor and against the M/V INDIGO SPICA, *in rem*, in the Lawsuit as described herein above, then the undersigned Association agrees to pay and satisfy up to but not exceeding the total sum of Three Hundred Forty Nine Thousand Five Hundred and Nine Dollars ($349,509.00), inclusive of interest and costs, of the said final judgment or any lesser amount decreed or settled between the parties without a judgment being rendered.

3.      Upon your demand, to file a bond with approved corporate surety in an amount to be agreed upon or fixed by the Court up to but never to exceed the total amount of Three Hundred Forty Nine Thousand Five Hundred and Nine Dollars ($349,509.00), inclusive of interest and costs, to secure the claims against the M/V INDIGO SPICA, in the Lawsuit as described herein above.

4.      In the event the bond referred to in paragraph 3 above is filed, the undersigned Association shall have no further obligation under paragraph 2 above.

This letter is written entirely without prejudice to any and all rights, claims and defenses which the M/V INDIGO SPICA and/or those responsible for the operation, management and utilization of the Vessel may have under any applicable statutes or laws including, but not limited to, the right to assert claims or counterclaims against you or other persons, any right of exoneration from or limitation of liability, any applicable jurisdiction, arbitration or forum selection clauses and the right to seek reduction of the amount of security, none of which rights, claims or defenses is to be regarded as waived except such defenses as may be predicated solely on the fact that the Vessel was not actually arrested or attached.

This letter and the security given hereby are expressly limited to the *in rem* claim against the M/V INDIGO SPICA that may be asserted in the Lawsuit as described herein above and is to run only in your favor. In no event shall the total amount of security available hereunder exceed the maximum sum of Three Hundred Forty Nine Thousand Five Hundred and Nine Dollars ($349,509.00), inclusive of interest and costs, regardless of whether separate judgments are entered against the M/V INDIGO SPICA. This letter and the security given hereby are also expressly limited to claims for loss or damage, inclusive of interest and costs, arising from the Incident as defined herein.

**Error! Unknown document property name.**

M/V INDIGO SPICA
November 18, 2023
Page 3

---

It is the intent of this undertaking that your rights and the rights of the claimant of the M/V INDIGO SPICA shall be, and for all purposes shall be taken to be, precisely the same as they would have been had the Vessel in fact been arrested under process issued out of the United States District Court for the Western District of Washington, taken into custody by process *in rem*, and then released by the filing of a special release bond. All other objections and defenses otherwise available to the Vessel, its Owners, operators, managers, and/or those responsible for the operation, management and utilization of the Vessel, except such that might be predicated solely upon the fact that the Vessel was not actually so seized, are, however, respectfully reserved.

The amount of this Letter of Undertaking may be subsequently decreased or increased by agreement of the parties or upon application to the Court having jurisdiction over the Lawsuit or arbitration.

It is understood and agreed that the signing of this letter by Kevin G. O'Donovan shall not be construed as binding on him personally, nor binding on the Law Firm of Palmer Biezup & Henderson, LLP, but is binding only upon the principal for whom they have executed this Letter of Undertaking, NorthStandard Limited.

Very truly yours,

NORTHSTANDARD LIMITED

By: /s/ Kevin G. O'D_____
Kevin G. O'Donovan, as Attorney-In-Fact for the above limited purpose only, as per written authority received from NorthStandard Limited.

2844701.docx

**Error! Unknown document property name.**