THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **CANTON PORT SERVICES, LLC**<br><br>                        Plaintiff,<br><br>v.<br><br>**M/V INDIGO SPICA**<br>**(IMO No. 9708758),**<br>her engines, boilers, apparel, tackle, boats, appurtenances, etc., *in rem*,<br><br>                        Defendant. | **IN ADMRALTY**<br><br>Case No. 3:23-cv-06048-TMC<br><br>**ORDER ACCEPTING LETTER OF UNDERTAKING IN LIEU OF ARREST OF VESSEL** |

THIS DAY THIS CAUSE CAME ON TO BE HEARD UPON THE STIPULATED MOTION of Plaintiff, Canton Port Services, LLC, by and through its counsel of record Katie Matison and Daniel Miller at Lane Powell PC, and I.M.S. Maritime S.A., specially-appearing Claimant to the *in rem* Defendant **M/V INDIGO SPICA, IMO No. 9708758**, by and through its counsel of record Philip Lempriere and Molly Henry at Schwabe, Williamson & Wyatt, P.C., seeking approval from this Court of the Letter of Undertaking posted by the Protection and Indemnity Insurer for the INDIGO SPICA, NorthStandard Limited, as substitute security on behalf of *in rem* Defendant M/V **INDIGO SPICA** consistent with Rule E (5)(a) of the *Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions* to the Federal Rules of Civil Procedure (SAR), and this Court, upon consideration thereof, FINDS:

ORDER ACCEPTING BOND IN LIEU OF ARREST
OF VESSEL - 1
CAUSE NO.  3:23-cv-06048-TMC

135622.0001/9575484.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

THAT Plaintiff Canton Port Services, LLC filed a complaint in this action seeking the Vessel arrest of the M/V **INDIGO SPICA, IMO No. 9708758,** her engines, boilers, apparel, tackle, boats, appurtenances, etc., *in rem*, pursuant to SAR Rules C and E for foreclosure of an alleged maritime lien for necessaries (Dkt. 1];

THAT the M/V **INDIGO SPICA**, a bulk carrier, is now, or will be present in the navigable waters within this Judicial District and subject to service of the *In Rem* Warrant to Arrest [Dkt. 6];

THAT consistent with SAR E(5)(a) Plaintiff Canton Port Services, LLC has agreed to accept the Letter of Undertaking provided on behalf of *in rem* Defendant M/V **INDIGO SPICA**, subject to approval by the Court, in lieu of the arrest of the M/V **INDIGO SPICA**;

THAT a true and correct copy of the Letter of Undertaking is attached to the Stipulated Motion of the Parties as Exhibit A; and

THAT consistent with SAR E(5)(a), this Court approves the Letter of Undertaking as substitute security to prevent the arrest of the M/V **INDIGO SPICA**.

IT IS THEREFORE ORDERED AND ADJUDGED that the Letter of Undertaking is approved by this Court and that the M/V **INDIGO SPICA** shall not be subject to arrest by the United States Marshal in this action because the Letter of Undertaking is adequate substitute security pursuant to SAR E(5)(a).

SO ORDERED AND ADJUDGED ON THIS 20th DAY OF NOVEMBER, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

ORDER ACCEPTING BOND IN LIEU OF ARREST
OF VESSEL - 2
CAUSE NO. 3:23-cv-06048-TMC

135622.0001/9575484.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

By:       s/Katie Smith Matison
Katie Smith Matison, WSBA No. 20737
Daniel Miller, WSBA No. 56810
1420 Fifth Avenue, Suite 4200
P. O. Box 91302
Seattle, WA  98111-9402
matisonk@lanepowell.com
millerd@lanepowell.com
Tel:  206-223-7000
Fax: 206-223-7107

*Pro Hac Vice Admission Filed*

GORMAN & WILLIAMS
Ashley L. Ensor
David McI. Williams
36 South Charles Street, Suite 900
Baltimore, MD 21201
Tel: 410-528-0600
Fax: 410-528-0602
aensor@gw-law.com
dmwilliams@gw-law.com

Attorneys for Plaintiff, Canton Port Services, LLC


SCHWABE, WILLIAMSON, & WYATT, P.C.

By: s/Philip Lempriere
Philip Lempriere, WSBA No. 20304
Molly J. Henry, WSBA No. 40818
1420 Fifth Avenue, Suite 3400
Seattle, WA  98101
plempriere@schwabe.com
mhenry@schwabe.com
Tel:  206-223-1711
Fax:  206-292-0460

Attorneys for I.M.S. Maritime S.A.
SAR E(8) Claimant re M/V INDIGO SPICA, *in rem*

ORDER ACCEPTING BOND IN LIEU OF ARREST
OF VESSEL - 3
CAUSE NO.  3:23-cv-06048-TMC

135622.0001/9575484.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107