THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CANTON PORT SERVICES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>M/V INDIGO SPICA (IMO No. 9708758), her engines, boilers, apparel, tackle, boats, appurtenances, etc., *in rem*,<br><br>    Defendant. | IN ADMIRALTY<br><br>Case No. 3:23-cv-06048-TMC<br><br>CORPORATE DISCLOSURE STATEMENT OF I.M.S. MARITIME S.A. |

**CORPORATE DISCLOSURE STATEMENT AND STATEMENT OF FINANCIAL INTEREST**

Pursuant to Pursuant to Fed. R. Civ. P. 7.1 and W.D. Wash. LCR 7.1, I.M.S. Maritime S.A. ("IMS"), as Claimant to the *in rem* defendant vessel M/V INDIGO SPICA, IMO Number 9708758, makes the following corporate disclosures:

I.M.S. Maritime S.A. is a wholly-owned subsidiary of IMECS Co., Ltd. Itochu Building, 5-1, Kita-Aoyama 2-chome, Minato-ku, Tokyo, 10-0061, Japan

CORPORATE DISCLOSURE STATEMENT OF I.M.S. MARITIME S.A.: IN ADMIRALTY
CASE NO. 3:23-CV-06048-TMC - 1

PDX\40736586.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711

, and IMECS CO LTD is a wholly owned subsidiary of Itochu Corporation, 5-1, Kita-Aoyama 2-chome, Minato-ku, Tokyo 107-8077, Japan.

Dated this 4th day of December, 2023.

                    SCHWABE, WILLIAMSON & WYATT, P.C.

By:   */s/ Philip Lempriere*
      Philip Lempriere, WSBA #20304
      Email: plempriere@schwabe.com
      1420 5th Avenue, Suite 3400
      Seattle, WA 98101-4010
      Telephone: 206.622.1711
      Facsimile: 206.292.0460

*Attorneys for Claimant
I.M.S. Maritime S.A.*

CORPORATE DISCLOSURE STATEMENT OF I.M.S. MARITIME S.A.: IN ADMIRALTY CASE NO. 3:23-CV-06048-TMC - 2

PDX\40736586.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December, 2023, I caused to be served the foregoing CORPORATE DISCLOSURE STATEMENT OF I.M.S. MARITIME S.A. on the following party at the following address:

| | |
|---|---|
| Katie Smith Matison, WSBA #20737<br>Daniel Miller, WSBA #56810<br>LANE POWELL, P.C.<br>1420 Fifth Avenue, Suite 4200<br>P. O. Box 91302<br>Seattle, WA  98111-9402<br>E-Mail:<br>matisonk@lanepowell.com;<br>dmiller@lanepowell.com<br>*Co-Counsel for Plaintiff* | Ashley L. Ensor, *pro hac vice*<br>David McI. Williams, *pro hac vice*<br>GORMAN & WILLIAMS<br>36 South Charles Street, Suite 900<br>Baltimore, MD  21201<br>E-Mail:<br>aensor@gw-law.com;<br>dmwilliams@gw-law.com<br>*Co-Counsel for Plaintiff* |

Kevin G. O'Donovan, *pro hac vice*
PALMER BIEZUP & HENDERSON, LLP
190 N. Independence Mall West
630 Race Street, Suite 401
Philadelphia, PA  19106
Telephone:  215.625.7810
Email:
kodonovan@pbh.com
ccassidy@pbh.com
*Counsel for Claimant I.M.S. Maritime, S.A.*

by:

☐ U.S. Postal Service, ordinary first class mail
☒ electronic service

　　　　　　　　　　　　　　　　　　　*/s/ Philip Lempriere*
　　　　　　　　　　　　　　　　　　　Philip Lempriere, WSBA No.  20304

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711