THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CANTON PORT SERVICES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>M/V INDIGO SPICA (IMO No. 9708758), her engines, boilers, apparel, tackle, boats, appurtenances, etc., *in rem*,<br><br>  Defendant. | IN ADMIRALTY<br><br>Case No. 3:23-cv-06048-TMC<br><br>ANSWER TO COMPLAINT |

Pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, I.M.S. Maritime S.A. ("IMS"), as Claimant to the *in rem* defendant vessel M/V INDIGO SPICA, IMO Number 9708758 (the "Vessel"), by and through undersigned counsel, hereby responds to Plaintiff's Verified Complaint (the "Complaint") upon information and belief as follows:

## I. JURISDICTION AND VENUE

1. The averments of paragraph 1 of the Complaint are denied as conclusions of law.

2. The averments of paragraph 2 of the Complaint are denied as

ANSWER TO COMPLAINT: IN ADMIRALTY
CASE NO. 3:23-CV-06048-TMC - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\40736525.1

conclusions of law.

3. The averments of paragraph 3 of the Complaint are denied as conclusions of law.

## II. JURISDICTION AND VENUE

4. Answering Defendant is without knowledge or information sufficient to justify a belief as to the truth of the averments of paragraph 4 of the Complaint, and therefore, denies the same and demands strict proof thereof.

5. Answering Defendant is without knowledge or information sufficient to justify a belief as to the truth of the averments of paragraph 5 of the Complaint, and therefore, denies the same and demands strict proof thereof.

6. Admitted.

7. Admitted.

8. Answering Defendant is without knowledge or information sufficient to justify a belief as to the truth of the averments of paragraph 8 of the Complaint, and therefore, denies the same and demands strict proof thereof.

## III. STATEMENT OF FACTS

9. Answering Defendant admits only that the Vessel was time chartered to non-party Dragon Carriers Ltd., but denies knowledge or information sufficient to form a belief as to the remainder of the allegations in paragraph 9 of the Complaint concerning any sub charters of the Vessel.

10. Answering Defendant admits only that the Vessel arrived at Canton Pier on or about July 19, 2022 for the unloading of cargo from the Vessel. Answering Defendant denies that the purpose of the docking was to unload distressed cargo. Answering Defendant denies the allegations concerning the Master's direction and approval as conclusions of law.

11. Answering Defendant admits only that Canton provided stevedoring

ANSWER TO COMPLAINT: IN ADMIRALTY
CASE NO. 3:23-CV-06048-TMC - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\40736525.1

services to the Vessel between July 19, 2022 and July 25, 2022. Answering Defendant denies the remaining allegations concerning the Master's direction and approval as conclusions of law.

12. Answering Defendant admits only that the Master stamped/signed Canton's reports. Answering Defendant denies the remaining allegations of paragraph 12 as conclusions of law.

13. Denied as stated. Answering Defendant admits only that Canton has issued Invoices Nos. 132468 and 132454, but denies that the copies of said invoices attached as Exhibit 2 are the final versions of said Invoices.

14. Answering Defendant admits only that Canton has issued Invoices Nos. 132468 and 132454, but denies that the copies of said invoices attached as Exhibit 2 are the final versions of said Invoices. Answering Defendant is without knowledge or information sufficient to justify a belief as to the truth of the averments of paragraph 14 of the Complaint concerning payment of the "First Call" invoices and therefore denies the same and demands strict proof thereof. Answering Defendant denies the remaining allegations of paragraph 14 as conclusions of law.

15. Answering Defendant admits only that the offloading of the Vessel was not completed during the First Call and that the Vessel returned to Canton Pier to complete the offloading. Answering Defendant is without knowledge or information sufficient to justify a belief as to the truth of the remaining averments of paragraph 15 of the Complaint, and therefore, denies the same and demands strict proof thereof.

16. Answering Defendant admits only that the Vessel returned to Canton Pier on August 6, 2022 to offload the remaining cargo. Answering Defendant denies the remaining allegations concerning the Master's direction

ANSWER TO COMPLAINT: IN ADMIRALTY
CASE NO. 3:23-CV-06048-TMC - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\40736525.1

and approval as conclusions of law.

17. Answering Defendant admits only that Canton provided stevedoring services to the Vessel between August 6, 2022 and August 12, 2022. Answering Defendant denies the remaining allegations concerning the Master's direction and approval as conclusions of law.

18. Answering Defendant admits only that the Master stamped/signed Canton's reports. Answering Defendant denies the remaining allegations of paragraph 18 as conclusions of law.

19. Answering Defendant is without knowledge or information sufficient to justify a belief as to the truth of the averments of paragraph 19 of the Complaint, and therefore, denies the same and demands strict proof thereof.

20. Answering Defendant is without knowledge or information sufficient to justify a belief as to the truth of the averments of paragraph 20 of the Complaint, and therefore, denies the same and demands strict proof thereof.

21. The averments of paragraph 21 of the Complaint are denied as conclusions of law.

22. The averments of paragraph 22 of the Complaint are denied as conclusions of law.

23. The averments of paragraph 23 of the Complaint are denied as conclusions of law.

## Count I – Prayer for the Arrest of the Vessel

24. Answering Defendant incorporate its responses to paragraphs 1-23 set forth above as though fully set forth herein.

25. Denied.

/ / /

/ / /

ANSWER TO COMPLAINT: IN ADMIRALTY
CASE NO. 3:23-CV-06048-TMC - 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\40736525.1

26. Denied as stated. Answering Defendant admits only that the Master signed and stamped the stevedoring invoices. The remaining averments of paragraph 26 of the Complaint are denied as conclusions of law.

27. Answering Defendant is without knowledge or information sufficient to justify a belief as to the truth of the averments of paragraph 27 of the Complaint, and therefore, denies the same and demands strict proof thereof.

28. The averments of paragraph 28 of the Complaint are denied as conclusions of law.

29. The averments of paragraph 29 of the Complaint are denied as conclusions of law.

30. The averments of paragraph 30 of the Complaint are denied as conclusions of law.

WHEREFORE, Answering Defendant demands judgment in its favor along with costs and all other relief the Court deems appropriate.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's Complaint fails to state a claim against Answering Defendant upon which relief can be granted.

### Second Affirmative Defense

Plaintiff is not the real party in interest or proper party to assert the claims set forth in the Complaint.

### Third Affirmative Defense

The damages alleged in Plaintiff's Complaint, if they occurred, which is denied, were caused in whole or in part by acts, errors, omissions, negligence, breach of warranty or breach of contract of other parties, including the Plaintiff, or their agents, servants or employees, for whom Answering Defendant is not

ANSWER TO COMPLAINT: IN ADMIRALTY
CASE NO. 3:23-CV-06048-TMC - 5

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\40736525.1

responsible.

### Fourth Affirmative Defense

Answering Defendant claims the benefit of all defenses which may be available under any applicable contracts, charter parties, bills of lading, or other agreements or tariffs, including time bars, failure to give proper notice, forum selection clauses, arbitration clauses, applicable law, and any other applicable defenses.

### Fifth Affirmative Defense

Plaintiff has failed to mitigate its damages.

### Sixth Affirmative Defense

The Complaint should be dismissed on the grounds that Plaintiff has failed to join one or more indispensable parties under Rule 19 of the Federal Rules of Civil Procedure.

### Seventh Affirmative Defense

The stevedoring services provided by Plaintiff were not performed upon the order of the owner of the Vessel or by a person authorized by the owner and therefore Canton is not entitled to assert a maritime lien against the Vessel as required by 46 U.S.C. § 31342(a).

### Eighth Affirmative Defense

Venue is improper in this District, and this action should be dismissed on the grounds of *forum non conveniens*.

WHEREFORE, Answering Defendant demands judgment in its favor and in favor of the Vessel and against Plaintiff along with the dismissal of Plaintiff's Complaint with prejudice at Plaintiff's cost and such other and further relief as this Honorable Court may deem proper and just under the circumstances.

/ / /

ANSWER TO COMPLAINT: IN ADMIRALTY
CASE NO. 3:23-CV-06048-TMC - 6

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\40736525.1

Dated this 11th day of December, 2023.

                    SCHWABE, WILLIAMSON & WYATT, P.C.

By:   */s/ Philip Lempriere*
      Philip Lempriere, WSBA #20304
      Email: plempriere@schwabe.com
      1420 5th Avenue, Suite 3400
      Seattle, WA 98101-4010
      Telephone: 206.622.1711
      Facsimile: 206.292.0460

*Attorneys for Claimant I.M.S. Maritime S.A.*

ANSWER TO COMPLAINT: IN ADMIRALTY
CASE NO. 3:23-CV-06048-TMC - 7

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\40736525.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of December, 2023, I caused to be served the foregoing ANSWER TO COMPLAINT on the following party at the following address:

| | |
|---|---|
| Katie Smith Matison, WSBA #20737<br>Daniel Miller, WSBA #56810<br>LANE POWELL, P.C.<br>1420 Fifth Avenue, Suite 4200<br>P. O. Box 91302<br>Seattle, WA  98111-9402<br>E-Mail:<br>matisonk@lanepowell.com;<br>dmiller@lanepowell.com<br>*Co-Counsel for Plaintiff* | Ashley L. Ensor, *pro hac vice*<br>David McI. Williams, *pro hac vice*<br>GORMAN & WILLIAMS<br>36 South Charles Street, Suite 900<br>Baltimore, MD  21201<br>E-Mail:<br>aensor@gw-law.com;<br>dmwilliams@gw-law.com<br>*Co-Counsel for Plaintiff* |

Kevin G. O'Donovan, *pro hac vice*
PALMER BIEZUP & HENDERSON, LLP
190 N. Independence Mall West
630 Race Street, Suite 401
Philadelphia, PA  19106
Telephone:  215.625.7810
Email:
kodonovan@pbh.com
ccassidy@pbh.com
*Counsel for Claimant I.M.S. Maritime, S.A.*

by:

☐ U.S. Postal Service, ordinary first class mail
☒ electronic service

*/s/ Philip Lempriere*
Philip Lempriere, WSBA No.  20304

CERTIFICATE OF SERVICE - 1