THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **CANTON PORT SERVICES, LLC** <br><br> Plaintiff, <br><br> v. <br><br> **M/V INDIGO SPICA <br> (IMO No. 9708758),** <br> her engines, boilers, apparel, tackle, boats, appurtenances, etc., *in rem*, <br><br> Defendant. | **IN ADMIRALTY** <br><br> Case No. 3:23-cv-06048-TMC <br><br> **ORDER GRANTING STIPULATED MOTION TO ALLOW PLAINTIFF TO AMEND COMPLAINT** <br><br> **NOTED ON MOTION CALENDAR: FEBRUARY 28, 2024** |

THIS DAY THIS CAUSE CAME ON TO BE HEARD UPON THE STIPULATED MOTION of Plaintiff, Canton Port Services, LLC, and I.M.S. Maritime S.A. ("IMS") as Claimant to the *in rem* defendant vessel **M/V INDIGO SPICA, IMO No. 9708758** seeking approval from this Court to allow Plaintiff to amend its Complaint pursuant to Fed. R. Civ. P. 15(a) and Local Rule 15, and this Court, upon consideration thereof, FINDS that the Motion should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff may file its First Amended Verified Complaint in this matter no later than Fourteen (14) Days from the Date of this Order.

ORDER GRANTING STIPULATED MOTION TO ALLOW PLAINTIFF TO AMEND COMPLAINT - 1
CAUSE NO.  3:23-cv-06048-TMC

135622.0001/9673503.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1   SO ORDERED AND ADJUDGED ON THIS THE 28th DAY OF FEBRUARY,
2   2024.
3
4   _____
5   Tiffany M. Cartwright
    United States District Judge
6
7
8   Presented by:
9
    LANE POWELL PC
10
    By: *s/Katie Smith Matison*
11  Katie Smith Matison, WSBA No. 20737
    Daniel Miller, WSBA No.  56810
12  1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
13  Seattle, Washington 98111-9402
    Telephone:  206.223.7000
14  matisonk@lanepowell.com
15  dmiller@lanepowell.com

16  GORMAN & WILLIAMS - *Admitted Pro Hac Vice*
    By: *s/ Ashley L. Ensor*
17  Ashley L. Ensor
    David McI. Williams
18  36 South Charles Street, Suite 900
    Baltimore, MD 21201
19  Tel: 410-528-0600
    Fax: 410-528-0602
20
21  aensor@gw-law.com
    dmwilliams@gw-law.com
22
23  Attorneys for Canton Port Services, LLC

24  SCHWABE, WILLIAMSON & WYATT, P.C.

25  By:  *s/ Philip Lempriere*
    Philip Lempriere, WSBA No. 20304
26  Molly J. Henry, WSBA No. 40818
    1420 Fifth Avenue, Suite 3400
27

ORDER GRANTING STIPULATED MOTION TO
ALLOW PLAINTIFF TO AMEND COMPLAINT - 2
CAUSE NO.  3:23-cv-06048-TMC

135622.0001/9673503.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Seattle, WA  98101
plempriere@schwabe.com
mhenry@schwabe.com
Tel:  206-223-1711
Fax:  206-292-0460


PALMER BIEZUP & HENDERSON LLP – *Admitted Pro Hac Vice*

By:  *s/ Kevin G. O'Donovan*
Kevin G. O'Donovan
190 N Independence Mall West
630 Race Street, Suite 401
Philadelphia, PA  19106
Tel: 215-625-7810
Fax: 215-625-0185
kodonovan@pbh.com

Attorneys for I.M.S. Maritime S.A. SAR E(8) Claimant re M/V INDIGO SPICA, *in rem*

ORDER GRANTING STIPULATED MOTION TO
ALLOW PLAINTIFF TO AMEND COMPLAINT - 3
CAUSE NO.  3:23-cv-06048-TMC

135622.0001/9673503.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107